## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOI S
## EASTERN DIVISION

IN RE:    DRAGO VUJOSEVICH                           CASE NO: 07-06753
                                                     CHAPTER 13

          DEBTORS(S)                                 JUDGE:  JACK B SCHMETTERER

                                                     NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   HSBC MORTGAGE SVCS INC

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0005 | 0013015607 1749566 | $ 3,241.16 | $ 3,241.16 | $ 3,241.16 |

Total Amount Paid the Trustee                                            $    3,241.16

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                    __ Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of   June, 2012.

Debtor(s)                                              Debtors Attorney

DRAGO VUJOSEVICH                                       ROBERT J ADAMS & ASSOC
4343 N CLARENDON  #706..                               125 S CLARK # 1810
CHICAGO IL 60613                                       CHICAGO IL 606030000


Mortgage Arrearage Creditor

HSBC MORTGAGE SVCS INC
636 GRAND REGENCY BLVD
BRANDON FL 33510



Electronic Service US Trustee


Date: June 27, 2012                    /s/ Tom Vaughn

                                       Tom Vaughn, Chapter 13 Trustee
                                       Chapter 13 Trustee
                                       55 East Monroe Street, Suite 3850
                                       Chicago, Ill   60603